1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6 GLENN EDWARD HOPKINS, JR.,

7          Plaintiff,

8   v.

9 ALAMEDA COUNTY SHERIFF
GLENN DYER, et al.,

10          Defendants.

11 _____/

No. C 10-04240 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

12      Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.

13 Plaintiff filed a completed in forma pauperis application and his prisoner trust account statement;

14 however, he did not file a copy of his certificate of funds that has been signed by an authorized

15 officer at the prison.  The Clerk of the Court notified Plaintiff that his in forma pauperis application

16 was deficient due to the failure to include his certificate of funds that has been signed by an

17 authorized officer at the prison.  The Clerk sent a notice to Plaintiff, informing him that his action

18 could not go forward until he filed the necessary document within thirty days, and that his failure to

19 do so would result in dismissal of this action.  More than thirty days have passed and Plaintiff has

20 not submitted the aforementioned document.

21      Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's in forma

22 pauperis application is DENIED as incomplete.  The Court has rendered its final decision on this

23 matter; therefore, this Order TERMINATES Plaintiff's case.  The Clerk of the Court shall close the

24 file.

25      IT IS SO ORDERED.

26 DATED: 11/1/10

27                                          SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

28

G:\PRO-SE\SBA\CR.10\Hopkins4240.Dis-IFP.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  GLENN EDWARD HOPKINS JR,
                                                    Case Number: CV10-04240 SBA
         Plaintiff,
5                                                   **CERTIFICATE OF SERVICE**
      v.
6
   ALAMEDA COUNTY et al,
7
         Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on November 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Glenn S. Hopkins F-51996
   San Quentin State Prison
16 1st Main Street
   San Quentin, CA 94964
17
   Dated: November 1, 2010
18
                                              Richard W. Wieking, Clerk
19                                            By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.10\Hopkins4240.Dis-IFP.wpd            2